SCANNED at LSP and Emailed
7/23/15 by CM . 11 pages
date     initials   No.

**RECEIVED**

JUL 2 3 2015

Legal Programs Department

A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

_Pedro Ortega_
Plaintiff

_596037_
Inmate Number

VERSUS

_N. Burl Cain, Kevin Benjamin,_
_Tim Delaney, Troy Poret, Chad Menzina,_
_Randall Robertson, Chad Dubre, Monica Lacomb,_
_( ) Hughes, Cody Butler ( ) Russo._

(Enter above the full name of each
defendant in this action.)

Electronic Filing Pilot Program
In accordance with the Procedural Rules for Electronic Filing Pilot Project, General Order 2011, inmates who reside in or are transferred into Louisiana Department of Corrections facilities participating in the Electronic Filing Pilot Program shall receive orders, notices and judgments by Notice of Electronic Filing ("NEF").

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. § 1983.

The names of **all parties** must be listed in the caption and in part III of the complaint **exactly the same**.

In order for this complaint to be filed, it must be accompanied by the filing fee of $350.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pre-pay the filing fee and service costs, you may petition the court to proceed in forma pauperis. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, DO NOT INCLUDE EXHIBITS.

Submit the complaint and pauper affidavit to the Clerk of the United States District Court for the Middle District of Louisiana, 777 Florida Street, Suite 139, Baton Rouge, La. 70801-1712.

I.    Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( ) No (X)

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit
    Plaintiff(s): _____

    _____

    Defendant(s): _____

    _____

2. Court (if federal court, name the district; if state court, name the parish):
    _____

    _____

3. Docket number: _____

4. Name of judge to whom case was assigned: _____

    _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?):
    _____

    _____

6. Date of filing lawsuit: _____
7. Date of disposition: _____

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?
    Yes ( )        No (X)

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.

_____

_____

II.    Place of present confinement: _Louisiana State Penitentiary_____

A. Is there a prisoner grievance procedure in this institution?
    Yes (X) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
    Yes (X) No ( )

C. If your answer is Yes:

1. Identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed. _No. LSP-2014-1347_____
   _No. LSP 2014-1746_____

2. What steps did you take? _____
   _First And second steps_____

3. What was the result? _____denied_____

D. If your answer is No, explain why not: _____
   _____

III.   Parties
(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s) _Pedro Ortega #596037 & Norman Sandles #197433_
   Address _____Louisiana State Penitentiary_____

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant ___N. Burl Cain_____ is employed as
___warden_____ at ___LSP_____

C. Additional Defendants: _____
_____
_____
_____

IV.    Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not given any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Defendants LSP Prison officials named herein have continually violated plaintiff (s) civil rights under the Eighth Amendment to the United States Constitution, and have been deliberately indifferent to their health and safety - involuntarily exposing them to ETS causing them present physical as well as future harm - in failing to enforce non-smoking policy in housing areas - without adequate ventilation in winter and selling Tobacco smoking products at LSP Canteens, moreover, prison officials have also used intimidating Tactics and retaliated against them and prisoners who complain about the problem in violation of the first Amendment to the U.S. Constitution and state and DOC rules and regulations under color of law.

V.   Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite
no cases or statutes.  Attach no exhibits. _Injunctive and declaratory relief_
_compensatory and punitive damages, lawyer fees and_
_court costs._

VI.   Plaintiff's Declaration

1. I understand that I am prohibited from bringing a civil action in forma pauperis if, while
I was incarcerated or detained in any facility, I have brought three or more civil actions or
appeals in a court of the United States that were dismissed on the grounds that they were
frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am
in imminent danger of serious physical injury.

2. I understand that even if I am allowed to proceed in forma pauperis, I am responsible for
paying the entire filing fee and any costs assessed by the Court, which, after payment of the
partial initial filing fee, shall be deducted from my inmate account by my custodian in
installment payments as prescribed by law.

3. I understand that if I am released or transferred, it is my responsibility to keep the Court
informed of my whereabouts and failure to do so may result in this action being dismissed
with prejudice.

4. I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this __19__ day of __July__ , 20 _15_ .

_Pedroj Ortega #596037_
_M Sanders #197433_

Signature of plaintiff(s)